WILLIAM J. GRUPP, Respondent, Appellant, v. LEONARD COHEN and Another, Appellants, and ROCHESTER RAILWAY CO-ORDINATED BUS LINES, INC., Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $300 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Judgment as to the defendant railway company affirmed, with costs. All concur.

RITA MARIE GRUPP, an Infant, by Her Guardian ad Litem, WILLIAM J. GRUPP, Respondent, Appellant, v. LEONARD COHEN and Another, Appellants, and ROCHESTER RAILWAY CO-ORDINATED BUS LINES, INC., Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Permission is hereby given to the guardian ad litem to make such stipulation. Judgment as to the defendant railway company affirmed, with costs. All concur, except Taylor and Thompson, JJ., who dissent as to the reversal and vote for affirmance as to defendants Cohen.

In the Matter of Proving the Last Will and Testament of THEODORE E. BUSH-NELL, Deceased.— Decree affirmed with costs. All concur.

In the Matter of Supplementary Proceedings: HENRY L. F. TREBERT, JR., Judgment Creditor, Appellant, v. THOMAS E. LUNT, Judgment Debtor, Defendant. LINCOLN-ALLIANCE BANK AND TRUST COMPANY, Respondent.— Order so far as appealed from affirmed, with costs. All concur.

UNION TRUST COMPANY OF ROCHESTER, Appellant, v. GEORGE E. FRANCIS, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that it was within the discretion of the Special Term to deny the motion inasmuch as it was not made within ten days after the service of the amended answer (Rules Civ. Prac. rule 109; Hale v. Hirsch, 205 App. Div. 308), and no explanation of the laches was offered. All concur.

MARGARET A. BROWN, Plaintiff, v. JULIAN S. BROWN, Defendant (Action for Divorce). MARGARET A. BROWN, Plaintiff, v. JULIAN S. BROWN, Defendant (Action to Set Aside Separation Agreement). ETHEL E. BROWN, Plaintiff, v. JULIAN S. BROWN, Defendant. FOX FILM CORPORATION, Plaintiff, v. DEWITT DEVELOPMENT CORPORATION, Defendant. JULIA S. PARSONS, Executrix, Plaintiff, v. THE FIRST TRUST AND DEPOSIT COMPANY, Defendant. METRO GOLDWYN MAYER CORPORATION, Plaintiff, v. DEWITT DEVELOPMENT CORPORATION, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur.

GIUSEPPINA SANZONE D'ANTONIO, Respondent, v. SAMUEL SANZONE, Individually and as Executor, etc., of FILLIPPO SANZONE, Deceased, and Others, Appellants.— Judgment affirmed, with costs. All concur.

JENNIE SANZONE DICERBO, Respondent, v. SAMUEL SANZONE, Individually and as Executor, etc., of FILLIPPO SANZONE, Deceased, and Others, Appellants.— Judgment affirmed, with costs. All concur.